MARILYN C. DeCRESCENTE, Respondent, v CATHOLIC CHARITIES OF THE DIOCESE OF ALBANY et al., Defendants and Third-Party Plaintiffs-Appellants. COUNTY OF WASHINGTON et al., Third-Party Defendants-Respondents, et al., Third-Party Defendant.

Submitted December 12, 2011; decided March 27, 2012

Reported below, 89 AD3d 1272.

Motion, insofar as it seeks leave to appeal from that portion of the Appellate Division order affirming so much of the Supreme Court order as dismissed the third-party complaint as against Fort Edward Victorian, Inc. and County of Washington, denied; motion for leave to appeal otherwise dismissed upon the ground that the remaining portions of the Appellate Division order sought to be appealed from do not finally determine the action within the meaning of the Constitution.

---

SAM FUTERSAK, Appellant, v SHELDON PERL, Also Known as SHLOIME PERL, et al., Respondents.

Submitted January 17, 2012; decided March 27, 2012

Reported below, 84 AD3d 1309; 2011 NY Slip Op 89601(U).

Motion, insofar as it seeks leave to appeal from the Appellate Division order denying reargument or, in the alternative, leave to appeal to the Court of Appeals, dismissed upon the ground that such order does not finally determine the action within the meaning of the Constitution; motion for leave to appeal otherwise denied.

---

MICHAEL GRUCCI, Appellant, v CHRISTINE GRUCCI, Respondent.

Submitted January 23, 2012; decided March 27, 2012

Reported below, 81 AD3d 776.

Motion to strike appellant's appendix denied.

---

MICHAEL GRUCCI, Appellant, v CHRISTINE GRUCCI, Respondent.

Submitted February 6, 2012; decided March 27, 2012

Reported below, 81 AD3d 776.

Motion to vacate this Court's January 24, 2012 preclusion order granted.

---

JAMES KNAPP et al., Respondents-Appellants, v JAMES R. HUGHES et al., Appellants-Respondents.

Submitted January 30, 2012; decided March 27, 2012

Reported below, 25 AD3d 886.

Motion for reargument of motion for leave to appeal denied [*see* 18 NY3d 827 (2011)].

---

L&L ASSOCIATES HOLDING CORP., Respondent, v JOSEPH A.F. SADOWSKI, Appellant, et al., Defendants.

Submitted January 30, 2012; decided March 27, 2012

Reported below, 2011 NY Slip Op 84844(U).

Motion for reargument etc. denied [*see* 18 NY3d 854 (2011)]. Motion for poor person relief dismissed as academic.

---

In the Matter of RAYMOND C. MILLER SR., Appellant, v PATRICIA A. MILLER, Respondent.

Submitted January 17, 2012; decided March 27, 2012

Reported below, 90 AD3d 1185.

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the proceeding within the meaning of the Constitution.

---

JAVONDI PENDER, Appellant, v LASALLE BUS SERVICE, INC., Respondent.

Submitted January 30, 2012; decided March 27, 2012 ·

Reported below, 2011 NY Slip Op 83123(U).

Motion for reargument of motion for leave to appeal denied [*see* 18 NY3d 838 (2011)]. ·